Decided January 25, 2001

AMR A. WASFI *v.* DEPARTMENT OF
PUBLIC HEALTH ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 60 Conn. App. 775 (AC 19418),
is denied.

*William F. Gallagher*, in support of the petition.

*Richard J. Lynch*, assistant attorney general, in opposition.

Decided January 25, 2001